# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tyrell Peyatt and Mattea Peyatt, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ConocoPhillips Company and John Does ) <br> 1-5, ) <br> ) <br> Defendants. ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** <br><br><br><br><br> Case No. 1:24-cv-216 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 10, 2025, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 12th day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court