IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tyrell Peyatt and Mattea Peyatt, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER ADOPTING IN PART STIPULATION** |
| | ) | |
| v. | ) | |
| | ) | |
| ConocoPhillips Company and John Does 1-5, | ) | Case No.: 1:24-cv-00216 |
| | ) | |
| Defendants. | ) | |

On January 14, 2025, the parties filed a *Stipulation for a Protective Order.* (Doc. No. 20). The court **ADOPTS IN PART** the parties' Stipulation (Doc. No. 20), with the following modification to paragraph seventeen (17):

> 17. The court *may* retain jurisdiction to enforce this Stipulation and any Order issued pursuant thereto after the conclusion of this Action. Any party seeking to enforce this Stipulation or Order or claiming a breach thereof may move at a noticed hearing for contempt or for appropriate sanctions.

(emphasis added).

**IT IS SO ORDERED.**

Dated this 15th day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court