IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tyrell Peyatt and Mattea Peyatt, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER AMENDING DEADLINES** |
| | ) | |
| v. | ) | |
| | ) | |
| ConocoPhillips Company and John Does 1-5, | ) | Case No. 1:24-cv-00216 |
| | ) | |
| Defendants. | ) | |

On March 10, 2025, the court held a *Mid-Discovery Status Conference*, during which the parties were present. (Doc. No. 27).

For the reasons articulated during the hearing, the parties' deadline to join parties shall be extended from March 10, 2025, to **March 24, 2025**. Plaintiff's proposed Amended Complaint shall also be due by March 24, 2025.

**IT IS SO ORDERED.**

Dated this 10th day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court